**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>and COMMONWEALTH OF VIRGINIA<br>*ex. rel.* TERA DUDIS<br><br>Plaintiffs,<br><br>v.<br><br>AUGUSTA HEALTH CARE, INC.<br><br>Defendants. | ) | No. 5:21-cv-00045<br><br>**UNDER SEAL** |

**ORDER**

Upon consideration of the motion of the United States and Commonwealth of Virginia, pursuant to 31 U.S.C. § 3730(b)(3) and VA. CODE ANN. § 8.01-216.5(C), for an extension of time in which to determine whether to intervene in this matter, and to partially lift the seal, and the memorandum in support filed *ex parte*, it is hereby

**ORDERED** that

1. The Motion be and hereby is granted;
2. The Complaint and all other filings shall remain under seal, except as otherwise authorized herein, until and including February 28, 2022, unless otherwise ordered by the Court prior to that date; and
3. At its discretion, the United States and Commonwealth of Virginia may disclose and provide a copy of the Complaint, any amended complaints, related pleadings, or a

subset of information contained therein to other parties in order to advance its investigation of this case, including, but not limited to: (1) any state or federal official or agency responsible for monitoring, auditing, investigating and/or prosecuting fraud in Medicare and Medicare programs, and any other party whose knowledge of this *qui tam* action, may, in the opinion of the Government, aid in the efficient resolution of this matter; (2) Defendants and their counsel, including any of their affiliated entities and their counsel; and (3) any future defendants and their counsel who may be added in any amended complaints.

4. The Complaint and all other filings shall remain under seal, except insofar as the seal has been partially lifted by the Court in this Order, or until further order of the Court.

The Clerk is directed to email a file-stamped copy of the motion, memorandum, and this Order to the Assistant United States Attorney who executed the motion.

ENTERED this 25th day of August, 2021.

/s/ Elizabeth K. Dillon

UNITED STATES DISTRICT JUDGE